**No. 10-8518. Keith Russell Judd, Petitioner v. New Mexico.**

563 U.S. 1017, 131 S. Ct. 2926, 179 L. Ed. 2d 1265, 2011 U.S. LEXIS 3965.

May 23, 2011. The petition for rehearing is denied.

Former decision, 563 U.S. 906, 131 S. Ct. 1787, 179 L. Ed. 2d 658, 2011 U.S. LEXIS 2576.

**No. 10-8771. Nekita Antonio White, Petitioner v. S. Jones, et al.**

563 U.S. 1017, 131 S. Ct. 2926, 179 L. Ed. 2d 1265, 2011 U.S. LEXIS 3839.

May 23, 2011. The petition for rehearing is denied.

Former decision, 563 U.S. 920, 131 S. Ct. 1820, 179 L. Ed. 2d 778, 2011 U.S. LEXIS 2781.

**No. 10-9199. Rasene Myton, Petitioner v. United States.**

563 U.S. 1017, 131 S. Ct. 2926, 179 L. Ed. 2d 1265, 2011 U.S. LEXIS 3976.

May 23, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 912, 131 S. Ct. 1804, 179 L. Ed. 2d 669, 2011 U.S. LEXIS 2461.

**No. 10-9479. Jimmy A. Jones, Petitioner v. United States.**

563 U.S. 1017, 131 S. Ct. 2927, 179 L. Ed. 2d 1265, 2011 U.S. LEXIS 3980.

May 23, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 950, 131 S. Ct. 2128, 179 L. Ed. 2d 918, 2011 U.S. LEXIS 2945.

**No. D-2523. In the Matter of Disbarment of Joel Chasnoff.**

563 U.S. 1005, 131 S. Ct. 2927, 179 L. Ed. 2d 1265, 2011 U.S. LEXIS 3947.

May 23, 2011. Disbarment entered.

Former order, 562 U.S. 812, 131 S. Ct. 402, 178 L. Ed. 2d 267, 2010 U.S. LEXIS 7552.

**No. D-2525. In the Matter of Disbarment of Frederic Michael Brandes.**

563 U.S. 1006, 131 S. Ct. 2927, 179 L. Ed. 2d 1265, 2011 U.S. LEXIS 3979.

May 23, 2011. Disbarment entered.

Former order, 562 U.S. 812, 131 S. Ct. 402, 178 L. Ed. 2d 267, 2010 U.S. LEXIS 7625.

**No. D-2526. In the Matter of Disbarment of Robert Lee Ehrlich.**

563 U.S. 1006, 131 S. Ct. 2927, 179 L. Ed. 2d 1265, 2011 U.S. LEXIS 3888.

May 23, 2011. Disbarment entered.

Former order, 562 U.S. 812, 131 S. Ct. 402, 178 L. Ed. 2d 267, 2010 U.S. LEXIS 7626.